UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDWARD HALVERSON, #1030045 | ) ) ) | |
| Plaintiff, | ) ) | 2:10-cv-0934-JCM-LRL |
| vs. | ) ) | **ORDER** |
| HOWARD SKOLNIK, *et al.*, | ) ) | |
| Defendants. | ) ) | |

      Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

      **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within

1 **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed
2 application to proceed *in forma pauperis* on the form provided by this Court.  Plaintiff's failure to
3 file an application to proceed *in forma pauperis* in compliance with this order may result in the
4 dismissal of his lawsuit without prejudice.

5         DATED this 9th day of July, 2010.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE