# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDWARD HALVERSON, #1030045 | ) ) ) | |
| Plaintiff, | ) ) | 2:10-cv-00934-JCM-LRL |
| vs. | ) ) | **ORDER** |
| HOWARD SKOLNIK, *et al.*, | ) ) | |
| Defendants. | ) ) | |

This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On August 26, 2010, the court dismissed the complaint with leave to amend, ordering plaintiff to file an amended complaint within thirty days (docket #5). The order was served on plaintiff at his address of record. Plaintiff's amended complaint was due on September 26, 2010.

More than the allotted time has elapsed and plaintiff has not filed an amended complaint, and he has not responded in any manner to the court's order. Therefore, plaintiff's action shall be dismissed.

1

2  **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE**

3 for the failure of plaintiff to comply with this court's order of August 26, 2010.

4  **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close

5 this case.

6  DATED this 18th day of October, 2010.

7

8  _____
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2